# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| PMA INSURANCE GROUP,<br><br>       Plaintiff,<br><br>v.<br><br>GREAT DANE, LLC,<br><br>       Defendant. | Case No.: 4:21-CV-02379 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff PMA Insurance Group and Defendant Great Dane, LLC hereby stipulate to the dismissal of this action, and each and every one of Plaintiff's claims against Defendant raised herein with prejudice as to refiling same. Costs of court are to be incurred by the party incurring same.

Respectfully submitted,

**BURKE BOGDANOWICZ, PLLC**

_____
**AARON J. BURKE**
Texas Bar No. 24073977
*aaron@burkebog.com*
**GABRIEL CANTO**
Texas Bar No. 24091638
*gcanto@burkebog.com*

1201 Elm Street, Suite 4000
Dallas, Texas 75270
214.888.2824

**ATTORNEYS FOR DEFENDANT
GREAT DANE, LLC**

**And**

DE LUCA LEVINE, LLC

_____
**BENJAMIN D. WHARTON**
**Three Valley Square, Suite 220**
**Blue Bell, PA 19422**
*Admitted Pro Hac Vice*

**ERIK C. BAUMANN**
**THE HUDGINS LAW FIRM**
**24 Greenway Plaza. Suite 2000**
**Houston, TX 77046**
<u>ebaumann@hudgins-law.com</u>
**713-+623-2550**

**ATTORNEYS FOR PLAINTIFF**
**PMA INSURANCE GROUP**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing was forwarded to all parties/counsel on November 9, 2021, by electronic transmission through the Court's CM/ECF.

_____
AARON BURKE